IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY T. CAMPBELL,

        Plaintiff,

    vs.                                 Civil Action 2:10-CV-1129
                                          Judge Frost
                                          Magistrate Judge King

CHRISTOPHER KORLESKI, *et al.,*

        Defendants.

<u>ORDER</u>

In light of the status conference held on December 15, 2011, *Order*, Doc. No. 45, the status conference previously scheduled for January 11, 2012 at 11:00 a.m., *Order*, Doc. No. 38, is **VACATED**.


<u>January 9, 2012</u>               <u>   *s/Norah McCann King*   </u>
   Date                         Norah McCann King
                            United States Magistrate Judge